1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Michael G. Woods, #58683
   Christina C. Tillman, #258627
3  7647 N Fresno Street
   Fresno, California 93720
4  Telephone:   (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendant COUNTY OF FRESNO
6

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ROBERT MAREAN,                    | Case No. 1:13-CV-00973-BAM

12         Plaintiff,                | **STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER THEREON**

13     v.

14 COUNTY OF FRESNO,

15         Defendant.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

1:13-CV-00973 BAM
STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER THEREON

IT IS HEREBY STIPULATED by and between Plaintiff ROBERT MAREAN, and Defendant COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice, that Plaintiff ROBERT MAREAN waives all rights of appeal in connection with this action and that all parties shall bear their own costs and attorney's fees.

Dated: October 12, 2016        McCORMICK, BARSTOW, SHEPPARD,
                               WAYTE & CARRUTH LLP


                               By:    /s/ Christina C. Tillman
                                      Michael G. Woods
                                      Christina C. Tillman
                               Attorneys for Defendant COUNTY OF FRESNO


Dated: October 12, 2016        MESSING, ADAM & JASMINE, LLP


                               By:    /s/ James W. Henderson, Jr.
                                      James W. Henderson, Jr.
                                      Attorneys for Plaintiff
                                      ROBERT MAREAN

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

1:13-CV-00973 BAM

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER THEREON

**ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiff ROBERT MAREAN, is dismissed with prejudice and that Plaintiff ROBERT MAREAN, has waived any right of appeal in connection with this matter. The respective parties shall each bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **October 13, 2016**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

1:13-CV-00973 BAM
STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER THEREON